UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM HEALTHCARE SERVICES INC., et al.,<br><br>　　　　　　　Defendants. | No. 3:23-CV-5154-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 9) |

The Court, having reviewed the Report and Recommendation (Dkt. No. 9) of United States Magistrate Judge David W. Christel, Plaintiff's objections to the Report and Recommendation (Dkt. No. 11), and having conducted a de novo review of the remaining record, does hereby find and ORDER:

(1)　The Court ADOPTS the Report and Recommendation (Dkt. No. 9). Despite her complaints, Plaintiff presents no evidence of any improper ex parte communications between Judge Christel and the Defendants. Plaintiff otherwise does not appear to offer any substantive objections to the Report and Recommendation.

(2)　Plaintiff's application to proceed IFP (Dkt. No. 1) is DENIED and Plaintiff's claims are DISMISSED without prejudice.

(3)　Plaintiff's motions to appoint counsel and to show cause are DISMISSED as moot (Dkt. Nos. 8, 12).

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(4)  The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 30th day of May, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2