UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>    Plaintiff,<br>    v.<br><br>MAXIM HEALTHCARE SERVICES INC et al, et al.,<br><br>    Defendants. | CASE NO. 3:23-cv-05154-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On May 30, 2023, the Court adopted Judge David W. Christel's Report and Recommendation recommending that this case be dismissed without prejudice. (Dkt. No. 13.) On June 8, 2023, Ms. Recinos filed a Motion to Reopen this Case From BIIA Failure. (Dkt. No. 15.) On June 13, Ms. Recinos also filed a one-page motion for reconsideration. (Dkt. No. 16.)

"Motions for reconsideration are disfavored" and the Court will typically "deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new

MINUTE ORDER - 1

facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1); *see also Christianson v. Boeing Co.*, No. C20-1349RSM, 2022 WL 2106140, at *1 (W.D. Wash. June 10, 2022).

Ms. Recinos's motion for reconsideration does not actually raise any arguments for the Court to reconsider and the Court DENIES the motion.

Ms. Recinos's "Motion to Reopen this Case From BIIA Failure" also fails to present any actual reasons or argument why the Court should reconsider its prior ruling. The Court DENIES this motion as well.

The Court will not consider any additional filings in this matter and will strike them upon filing.

Dated this 21st day of June, 2023.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2